RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
LOCHNER TECHNOLOGIES, LLC

RHEMA LAW GROUP, P.C.
John D. Tran, State Bar No. 231761
Email: jdt@rhemalaw.com
Rosalind T. Ong, State Bar No. 234326
Email: rto@rhemalaw.com
1 Park Plaza, 6th Floor
Irvine, CA 92614
Telephone: (949) 852-4430
Facsimile: (866) 929-3519
Email:     ipdocket@rhemalaw.com

Attorneys for Defendant
DEVON IT, INC.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LOCHNER TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>AT LABS INC., et al.,<br><br>                    Defendants. | Case No. SACV 12-01711-JVS-RNB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY THE CASE

Upon consideration of Plaintiff Lochner Technologies, LLC ("Lochner") and Defendant Devon IT, INC. ("DEVON") Joint Stipulation to Stay the Case, the Court finding good cause appearing, GRANTS the Stipulation.

The Court accordingly ORDERS that all proceedings in this case are stayed pending resolution of Lochner's appeal of the *Apple* litigation.

**The parties shall file a joint report every ninety days regarding the status of the *Apple* litigation, beginning January 2, 2014.**

**The case shall be removed from the civil active list.**

IT IS SO ORDERED.

Dated: September 26, 2013

The Honorable James V. Selna
U.S. District Judge

1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY THE CASE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 26, 2013.

By: */s/ Marc A. Fenster*
Marc A. Fenster